UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LGS Group, LLC
        Plaintiff(s)

vs

Odyssey International, Inc and
Safeco Insurance Co. of America
        Defendant(s)

**SUMMONS IN A CIVIL CASE**

CIVIL ACTION NO. 08 - 017

TO: (Name and address of Defendant)

Safeco Insurance Co. of America c/o Delaware Insurance Commissioner

841 Silver Lake Boulevard

Dover, DE 19904

You are hereby summoned and required to serve on Plaintiff's Attorney: (name and address)

William W. Erhart    800 King Street, Ste 302, Wilmington, DE 19801

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
CLERK

JAN - 9 2008
DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the summons & complaint was made by me<sup>(1)</sup> | 1/23/2008 @ 12:45 p.m. |
| NAME OF SERVER *(PRINT)*<br>Michael J. Dellose | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving Sonia Harris, government employee, c/o Insurance Commissioner, 841 SilverLake Boulevard, Dover, DE 19901

50, F, W, 5'6", 140 pounds, blonde hair, no glasses

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted

[ ] Other (specify)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/25/2008
              Date

*[signature]* Michael J. Dellose

Michael J. Dellose

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure