IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>LGS GROUP, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>ODYSSEY INTERNATIONAL, INC. and<br>SAFECO INSURANCE COMPANY OF<br>AMERICA,<br><br>　　　　Defendants. | CASE NO. 08-017 |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of H. Burt Ringwood, Esquire to represent Defendants, Odyssey International, Inc. and Safeco Insurance Company of America in this matter.

　　　　　　　　　　　　　　　　ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES F. KIPP, ESQUIRE [# 190]
　　　　　　　　　　　　　　　　Fox Run Business Park
　　　　　　　　　　　　　　　　2500 Wrangle Hill Road, Suite 210
　　　　　　　　　　　　　　　　Bear, DE  19701
　　　　　　　　　　　　　　　　302-327-1100
Dated: March 12, 2008　　　　　　Attorneys for Defendants

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Utah and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Date: 3/7/08

Signed: *H. Burt Ringwood*
H. Burt Ringwood, Esquire
STRONG AND HANNI
3 Triad Center, Suite 500
Salt Lake City, Utah 84180

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008 a true and correct copy of Motion for Admission *Pro Hac Vice* was served via electronically upon the following:

William W. Erhart, Esquire
William W. Erhart, P.A.
800 North King Street, Suite 302
Wilmington, DE 19801

                                                        _____
                                                        JAMES F. KIPP, ESQUIRE [# 190]

Dated: March 12, 2008