IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of LGS GROUP, LLC<br><br>    Plaintiff,<br><br>ODYSSEY INTERNATIONAL, INC. et al.<br><br>    Defendant(s) | Case No. 1:08-cv-00017-SLR-LPS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Shawn C. Whittaker to represent the United State of America, for the use and benefit of Group, LLC in this matter.

Signed: _/s/ William Erhart_
William Erhart, Delaware Bar No.
William Erhart, P.A.
800 King St., Suite 302
Wilmington, DE 19801
(302) 651-0113

Attorney for LGS Group, LLC

Date: 3-19-2008

---

MOTION AND ORDER FOR ADMISSION PRO HAC VICE - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, P.C.
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of LGS GROUP, LLC<br><br>Plaintiff,<br><br>vs.<br><br>ODYSSEY INTERNATIONAL, INC. et al.<br><br>Defendant(s). | Case No 1:08-cv-00017-SLR-LPS |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as member of the Bar of Maryland, Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

/21/08

Shawn C. Whittaker
Law Office of Shawn C. Whittaker, P.C
1010 Rockville Pike, Suite 607
Rockville, MD 20852

MOTION AND ORDER FOR ADMISSION PRO HAC VICE - 3

THE LAW OFFICE OF SHAWN C. WHITTAKER, P.C.
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,
for the use and benefit of
LGS GROUP, LLC

       Plaintiff,

vs.

       Case No.  1:08-cv-00017-SLR-LPS

ODYSSEY INTERNATIONAL, INC. et al.

       Defendant(s).

### ORDER

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____    _____
                                      United States District Judge

MOTION AND ORDER FOR ADMISSION PRO HAC VICE - 2

THE LAW OFFICE OF SHAWN C. WHITTAKER, P.C.
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4503
shawn@whittaker-law.com