IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>LGS GROUP, LLC<br><br>            Plaintiff,<br><br>vs.<br><br>ODYSSEY INTERNATIONAL, INC., et al.<br><br>            Defendant(s). | Case No. 08-017 |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 7 day of April, 2008, a copy of the foregoing Initial Disclosure was served, via first class mail and via email, on Defendants Odyssey International, Inc. and Safeco Insurance Company of America C/O James F. Kipp, Esq., Fox Run Business Park, 2500 Wrangle Hill Road, Suite 210, Bear, DE 19701.

*/s/ William W. Erhart*
William W. Erhart (ID# 2116)
800 King Street
Suite 302
Wilmington, DE 19801
(302) 651-0113