IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| JOAN A. HENN, | : |
| | : C. A. NO. 08C-01-021 WCC |
| Plaintiff, | : |
| | : |
| v. | : |
| | : NON-ARBITRATION CASE |
| STATE FARM MUTUAL AUTOMOBILE | : |
| INSURANCE COMPANY and | : |
| ACME MARKETS, INC., | : |
| | : TRIAL BY JURY OF 12 DEMANDED |
| Defendants. | : |

## NOTICE OF SERVICE

I hereby certify that on this date two true and correct copies of:

- Plaintiff's Answers to Interrogatories of Defendant Acme Markets
- Plaintiff's Answers to Supplemental Interrogatories of Defendant Acme Markets
- Plaintiff's Answers to Interrogatories of Defendant Acme Markets Concerning Expert Witnesses
- Plaintiff's Responses to Request for Production of Defendant Acme Markets

were served via first class mail upon counsel for the defendants as follows:

| | |
|---|---|
| Stephen F. Dryden, Esquire | Kenneth M. Doss, Esquire |
| Robinson Grayson Dryden & Ward | Casarino, Christman & Shalk, P.A. |
| 910 Foulk Road, Suite 200 | 800 North King Street, Suite 200 |
| Wilmington, DE 19803 | Wilmington, DE 19801 |

ELZUFON AUSTIN REARDON TARLOV &
MONDELL, P.A.

_____
JAMES F. KIPP, ESQUIRE [# 190]
2500 Wrangle Hill Road, Suite 210
Bear, DE 19701
302-327-1100

Dated: March 18, 2008

### Certificate of Service

I hereby certify that on March 18, 2008 a true and correct copy of Notice of Service was served via electronically upon counsel as indicated above.

_____
James F. Kipp, Esquire [# 190]