IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of LGS GROUP, LLC<br>   Plaintiff,<br>v.<br><br>ODYSSEY INTERNATIONAL, INC. and SAFECO INSURANCE COMPANY OF AMERICA,<br>   Defendants. | Case No. 08-017 |

## NOTICE OF SERVICE

I hereby certify that on April 8, 2008 two true and correct copies of Defendant's Rule 26(a)(1) Initial Disclosures were served via first class mail upon the following:

William W. Erhart, Esquire
William W. Erhart, P.A.
800 North King Street, Suite 302
Wilmington, DE 19801

ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.

_____
JAMES F. KIPP, ESQUIRE [#190]
Fox Run Business Park
2500 Wrangle Hill Road, Suite 210
Bear, DE 19701
302-327-1100
Attorneys for Defendants

Dated: April 8, 2008

*Of Counsel:*
H. Burt Ringwood, Esquire [#5787]
STRONG AND HANNI
3 Triad Center, Suite 500
Salt Lake City, Utah 84180
801-532-7080

### Certificate of Service

I hereby certify that on April 8, 2008 Notice of Service of Defendant's Rule 26(a)(1) Initial Disclosures was served via electronic filing upon counsel as indicated above.

_____
James F. Kipp, Esquire [#190]