IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,
for the use and benefit of
LGS GROUP, LLC

   Plaintiff,
v.

ODYSSEY INTERNATIONAL, INC., et al.

   Defendant(s).

Case No. 08-017

## NOTICE OF SERVICE

  I hereby certify that on this date two true and correct copies of Defendant's Answers to First Set of Interrogatories and Defendant's Responses to First Request for Production were served via first class mail upon the following:

  William W. Erhart, Esquire
  William W. Erhart, P.A.
  800 North King Street, Suite 302
  Wilmington, DE 19801

         ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.

         _____
         JAMES F. KIPP, ESQUIRE  [#190]
         2500 Wrangle Hill Road, Suite 210
         Bear, DE 19701
         302-327-1100
Dated: June 25, 2008     Attorneys for Defendants

*Of Counsel:*
H. Burt Ringwood, Esquire [#5787]
STRONG AND HANNI
3 Triad Center, Suite 500
Salt Lake City, Utah 84180
801-532-7080

### Certificate of Service

  I hereby certify that on June 25, 2008 Notice of Service of Defendant's Answers to First Set of Interrogatories and Defendant's Responses to First Request for Production was served via electronic filing upon counsel as indicated above.

         _____
         James F. Kipp, Esquire [#190]