IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LGS GROUP LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>ODYSSEY INTERNATIONAL INC. and<br>SAFECO INSURANCE COMPANY OF<br>AMERICA,<br><br>      Defendants. | ) <br>) <br>) <br>) <br>) <br>) Civ. No. 08-17-SLR<br>) (consolidated)<br>) <br>) <br>) <br>) <br>) <br>) |
| LGS GROUP LLC,<br><br>      Plaintiff,<br>      v.<br><br>SAFECO INSURANCE COMPANY and<br>ODYSSEY INTERNATIONAL INC.,<br><br>      Defendants. | ) <br>) <br>) <br>) Civ. No. 08-165-SLR<br>) <br>) <br>) <br>) |

## O R D E R

At Wilmington this 27th day of June, 2008, a motion for consolidation having been filed (D.I. 10 in 08-165);

IT IS ORDERED that the motion is hereby granted and the above captioned cases shall be consolidated for all purposes. The first filed case, Civ. No. 08-17, shall be the lead case, meaning that all future filings shall only bear the caption for Civ. No. 08-17-SLR (with "consolidated" noted) and shall be filed only in Civ. No. 08-17-SLR.

                                                                   _____
                                                                   United States District Judge