IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,
for the use and benefit of
LGS GROUP, LLC

      Plaintiff,

v.

ODYSSEY INTERNATIONAL, INC., et al.

      Defendant(s).

Case No. 08-017

### NOTICE OF SERVICE

I hereby certify that on this date two true and correct copies of Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's First Request for Production Directed to Plaintiff were served via first class mail upon the following:

William W. Erhart, Esquire
William W. Erhart, P.A.
800 North King Street, Suite 302
Wilmington, DE 19801

ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.

_____
JAMES F. KIPP, ESQUIRE [#190]
2500 Wrangle Hill Road, Suite 210
Bear, DE 19701
302-327-1100
Attorneys for Defendants

Dated: July 17, 2008

*Of Counsel:*
H. Burt Ringwood, Esquire [#5787]
STRONG AND HANNI
3 Triad Center, Suite 500
Salt Lake City, Utah 84180
801-532-7080

### Certificate of Service

I hereby certify that on July 17, 2008 Notice of Service of Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's First Request for Production Directed to Plaintiff was served via electronic filing upon counsel as indicated above.

_____
James F. Kipp, Esquire [#190]