IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>LGS GROUP, LLC<br><br>   Plaintiff,<br><br>vs.<br><br>ODYSSEY INTERNATIONAL, INC., et al.<br><br>   Defendant(s). | Case No. 08-017 |

## NOTICE OF ADDRESS CHANGE

  PLEASE TAKE NOTICE that the address for Plaintiff counsel has changed. The new contact information for William W. Erhart is as follows:

  William W. Erhart
  William W. Erhart, P.A.
  800 King Street
  Suite 303
  Wilmington, DE 19801
  (302) 651-0113 (Telephone)
  (302) 651-0331 (Facsimile)
  Erhart@erhartlaw.com

                WILLIAM W. ERHART, P.A.

                */s/ William W. Erhart*
                William W. Erhart, Esq. (ID#2116)
                800 King Street, Suite 303
                Wilmington, DE 19801
                (302) 651-0113 (Telephone)
                (302) 651-0331 (Facsimile)
                Erhart@erhartlaw.com

Date: August 6, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>LGS GROUP, LLC<br><br>      Plaintiff,<br><br>vs.<br><br>ODYSSEY INTERNATIONAL, INC., et al.<br><br>      Defendant(s). | Case No. 08-017 |

## CERTIFICATE OF SERVICE

I, William W. Erhart, hereby certify that on August 8, 2008, I caused to be served two copies of the attached Notice of Address Change in the following manner upon all parties identified below:

FIRST CLASS MAIL

| | |
|---|---|
| James F. Kipp, Esquire<br>Fox Run Business Park<br>2500 Wrangle Hill Road<br>Suite 210<br>Bear, DE 19701. | Michael W. McDermott, Esquire<br>Michele Sherretta, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 W. Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391 |

                                        WILLIAM W. ERHART, P.A.

                                        */s/ William W. Erhart*
                                        William W. Erhart, Esq. (ID#2116)
                                        800 King Street, Suite 303
                                        Wilmington, DE 19801
                                        (302) 651-0113 (Telephone)
                                        (302) 651-0331 (Facsimile)
                                        Erhart@erhartlaw.com