IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>On behalf and for the benefit of, )<br>   )<br>LGS GROUP, LLC )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>   )<br>ODYSSEY INTERNATIONAL INC., )<br>   )<br>   and )<br>   )<br>SAFECO INSURANCE COMPANY )<br>OF AMERICA )<br>   )<br>   Defendants. ) | Case No: 08-017-SLR<br>(CONSOLIDATED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 11, 2008, copies of *Plaintiff's Initial Disclosures* were served upon the following counsel of record as indicated:

**BY E-MAIL**

James F. Kipp, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
Fox Run Business Park, Building 1, Suite 210
2500 Wrangle Hill Road
Bear, DE 19701
*jkipp@elzufon.com*

William W. Erhart, Esquire
William W. Erhart, P.A.
800 North King Street, Suite 302
Wilmington, DE  19801
*erhartw@covad.net*

**BY E-MAIL**

H. Burt Ringwood, Esquire
Strong and Hanni
3 Triad Center, Suite 500
Salt Lake City, UT  84180
*bringwood@strongandhanni.com*

Additionally, on August 11, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

James F. Kipp, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
Fox Run Business Park, Building 1, Suite 210
2500 Wrangle Hill Road
Bear, DE 19701
*jkipp@elzufon.com*

William W. Erhart, Esquire
William W. Erhart, P.A.
800 North King Street, Suite 302
Wilmington, DE  19801
*erhartw@covad.net*

Also, on August 11, 2008, copies of this Notice of Service were served by e-mail on counsel listed above and on the following in the manner indicated:

**BY E-MAIL**

H. Burt Ringwood, Esquire
Strong and Hanni
3 Triad Center, Suite 500
Salt Lake City, UT  84180
*bringwood@strongandhanni.com*

| | |
|---|---|
| DATED:  August 11, 2008 | YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br><br>/s/ *Michael W. McDermott*<br>Michael W. McDermott  (#4434)<br>Michele Sherretta Budicak (#4651)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>mmcdermott@ycst.com<br><br>*Attorneys for Plaintiff* |

Of Counsel:

Jessica A. DuHoffman
Douglas S. Walker
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD  21202
Telephone: 410-727-6464