IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>On behalf and for the benefit of,<br><br>LGS GROUP, LLC<br><br>   Plaintiff,<br><br>  v.<br><br>ODYSSEY INTERNATIONAL INC.,<br><br>  and<br><br>SAFECO INSURANCE COMPANY<br>OF AMERICA<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 08-017-SLR<br>)  (CONSOLIDATED)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND ORDER**

WHEREAS the parties in this matter are working towards a mediation, scheduled for September 15, 2008;

WHEREAS, the Scheduling Order provides for discovery deadlines that occur prior to the date of mediation;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the discovery deadlines contained in the Scheduling Order are stayed through the date of the parties' mediation on September 15, 2008, to be reinstated within 10 business days of the date of mediation if the mediation does not resolve this matter in its entirety.

| | |
|---|---|
| /s/ *Michele Sherretta Budicak* | /s/ *James F. Kipp* |
| John W. Shaw (No. 3362) | James F. Kipp (No. 190) |
| Michele Sherretta Budicak (No. 4651) | ELZUFON AUSTIN REARDON |
| YOUNG, CONAWAY, STARGATT | TARLOV & MONDELL, P.A. |
| & TAYLOR, LLP | Fox Run Business Park |
| The Brandywine Building | 2500 Wrangle Hill Road |
| 1000 West Street, 17th Floor | Suite 210 |
| Wilmington, DE  19899-0391 | Bear, DE 19701 |
| 302-571-6600 | 302-327-1100 |
| mbudicak@ycst.com | jkipp@elzufon.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Jessica A. duHoffmann | H. Burt Ringwood |
| Douglas Walker | STRONG & HANNI |
| MILES & STOCKBRIDGE P.C. | 3 Triad Center, Suite 500 |
| 10 Light Street | Salt Lake City, Utah 84180 |
| Baltimore, MD 21202 | 801-532-7080 |
| 410-727-6464 | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *LGS Group, LLC t/a LGS Group – Baltimore* | *Safeco Insurance Company and* |
| *Framing and LGS Group – S. Charlotte* | *OdysseyInternational Inc.* |
| *Framing* | |

Dated:  August 25, 2008


   SO ORDERED, this \_\_\_\_ day of August, 2008.


_____
United States District Judge