IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>On behalf and for the benefit of,<br><br>LGS GROUP, LLC<br><br>      Plaintiff,<br><br>  v.<br><br>ODYSSEY INTERNATIONAL INC.,<br><br>    and<br><br>SAFECO INSURANCE COMPANY<br>OF AMERICA<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 08-017-SLR<br>)  (CONSOLIDATED)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF STIPULATION

PLEASE TAKE NOTICE that the Stipulation to Stay Pending Mediation filed with this Court on August 25, 2008 under D.I. 24 is hereby withdrawn.

/s/ *Michele Sherretta Budicak*  
John W. Shaw (No. 3362)  
Michele Sherretta Budicak (No. 4651)  
YOUNG, CONAWAY, STARGATT  
& TAYLOR, LLP  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19899-0391  
302-571-6600  
mbudicak@ycst.com  

s/ *James F. Kipp*  
James F. Kipp (No. 190)  
ELZUFON AUSTIN REARDON TARLOV &  
MONDELL, P.A.  
Fox Run Business Park  
2500 Wrangle Hill Road  
Suite 210  
Bear, DE 19701  
302-327-1100  
jkipp@elzufon.com

2

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Jessica A. duHoffmann<br>Douglas Walker<br>MILES & STOCKBRIDGE P.C.<br>10 Light Street<br>Baltimore, MD 21202<br>410-727-6464 | H. Burt Ringwood<br>STRONG & HANNI<br>3 Triad Center, Suite 500<br>Salt Lake City, Utah 84180<br>801-532-7080 |
| *Attorneys for Plaintiff*<br>*LGS Group, LLC t/a LGS Group – Baltimore*<br>*Framing and LGS Group – S. Charlotte*<br>*Framing* | *Attorneys for Defendants*<br>*Safeco Insurance Company and*<br>*OdysseyInternational Inc.* |

Dated: August 26, 2008