IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>On behalf and for the benefit of,<br><br>LGS GROUP, LLC<br><br>      Plaintiff,<br><br>   v.<br><br>ODYSSEY INTERNATIONAL INC.,<br><br>      and<br><br>SAFECO INSURANCE COMPANY<br>OF AMERICA<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 08-017-SLR<br>)  (CONSOLIDATED)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND ORDER**

WHEREAS the parties in this matter are working towards a mediation, scheduled for September 15, 2008;

WHEREAS, the Scheduling Order adopted by the parties involved in the case previously captioned *LGS Group, LLC, t/a LGS Group – Baltimore Framing and LGS Group – S. Charlotte Framing v. Odyssey Int'l Inc. and Safeco Ins. Co.*, C.A. No. 08-165-SLR (the "08-165-SLR Scheduling Order"), provides for discovery deadlines that occur prior to the date of mediation;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the discovery deadlines contained in the 08-165-SLR Scheduling Order are stayed through the date of the parties' mediation on September 15, 2008, and the parties will submit revised discovery deadlines for the Scheduling Order that will not affect the trial date that is

2

currently set, within 10 business days of the date of mediation if the mediation does not resolve this matter in its entirety.

| | |
|---|---|
| /s/ *Michele Sherretta Budicak* | /s/ *James F. Kipp* |
| John W. Shaw (No. 3362) | James F. Kipp (No. 190) |
| Michele Sherretta Budicak (No. 4651) | ELZUFON AUSTIN REARDON |
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | TARLOV & MONDELL, P.A. |
| The Brandywine Building | Fox Run Business Park |
| 1000 West Street, 17th Floor | 2500 Wrangle Hill Road |
| Wilmington, DE 19899-0391 | Suite 210 |
| 302-571-6600 | Bear, DE 19701 |
| mbudicak@ycst.com | 302-327-1100 |
| | jkipp@elzufon.com |
| OF COUNSEL: | OF COUNSEL: |
| Jessica A. duHoffmann | H. Burt Ringwood |
| Douglas Walker | STRONG & HANNI |
| MILES & STOCKBRIDGE P.C. | 3 Triad Center, Suite 500 |
| 10 Light Street | Salt Lake City, Utah 84180 |
| Baltimore, MD 21202 | 801-532-7080 |
| 410-727-6464 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *LGS Group, LLC t/a LGS Group – Baltimore Framing and LGS Group – S. Charlotte Framing* | *Safeco Insurance Company and Odyssey International Inc.* |

Dated: September 2, 2008

    SO ORDERED, this ____ day of September, 2008.

                                    _____
                                    United States District Judge